# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.

ALEXANDER BRUM,

      Plaintiff,

v.

HUNTER WARFIELD, INC.,
a foreign profit corporation,

      Defendant.

_____/

## COMPLAINT

Plaintiff Alexander Brum ("Plaintiff") files this Complaint against Defendant Hunter Warfield, Inc, a foreign profit corporation ("Hunter Warfield") and alleges as follows:

## NATURE OF ACTION

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") against Hunter Warfield.

2.     Plaintiff also alleges violations of the Florida Consumer Collection Practices Act ("FCCPA") against Hunter Warfield.

## JURISDICTION AND VENUE

3.     This Court has jurisdiction under 28 U.S.C. § 1331, 15 U.S.C. § 1692k and pursuant to 28 U.S.C. §1367 for pendent state law claims.  Venue in this jurisdiction is proper because Plaintiff resides in this district and all actions taken by Hunter Warfield occurred in this district.

## PARTIES

4.      Plaintiff Alexander Brum is a natural person and citizen of the State of Florida, residing in Broward County, Florida.

5.      Defendant Hunter Warfield is a foreign profit corporation with a principal place of business located at 4620 Woodland Corp Blvd, Tampa, Florida 33614, and is a debt collector, as defined by the FDCPA, who regularly services and collects consumer debts.

## FACTUAL ALLEGATIONS

6.      On September 14, 2013, Plaintiff signed a two-year lease for a residential apartment at Solaire at Coconut Creek located at 5469 Wiles Road, Coconut Creek, Florida 33073 ("Solaire") ending on September 13, 2015.

7.      On May 3, 2015, Plaintiff gave notice to Solaire that he purchased a home and would be moving out before the end of his lease of on June 3, 2015.

8.      Plaintiff moved out of the apartment at Solaire on June 3, 2015.

9.      On August 6, 2015, Plaintiff received an email from Solaire advising Plaintiff that he owed a debt of $1,201.47 ("the Debt") for damages due on or before August 15, 2015. *See* E-mail correspondence attached as Ex. "A."

10.     On August 12, 2015, Plaintiff received a Revised Final Account Statement from Solaire advising Plaintiff that the Debt was $1,034.52. *See* Exh. "B," Solaire Revised Final Account Statement.

11.     On August 12, 2015, Plaintiff paid $1,034.52 ("Payment") as full and final settlement of the Debt.

12.      On August 12, 2015, Plaintiff received an email from Solaire confirming receipt

Wites & Kapetan, P.A.
4400 North Federal Highway, Lighthouse Point, FL  33064
(954) 570-8989 (phone); (954) 354-0205 (fax)

of his payment and notifying him that his balance was zero. *See* E-mail correspondence attached as Ex. "C."

13.    As a result of Plaintiff's payment of the Debt and Solaire's acceptance of Plaintiff's payment, the Debt was therefore settled.

14.    On October 22, 2015, Hunter Warfield, on behalf of Solaire, began calling Plaintiff's personal cell phone in an attempt to collect on the Debt. Plaintiff informed Defendant that the debt was not owed.

15.    Hunter Warfield called Plaintiff's personal cell phone on three more occasions, one of which was on a Saturday. Plaintiff informed Defendant that the debt was not owed.

## COUNT I – VIOLATION OF THE FDCPA –
## FALSE OR MISLEADING REPRESENTATION

16.  Plaintiff repeats the allegations set forth in paragraphs 1 through 15 above as if fully restated herein.

17. Hunter Warfield's actions constitute a false or misleading communication in violation of 15 U.S.C. § 1692e(2) in that Hunter Warfield is asserting that the Plaintiff was obligated to pay $913.07, despite the fact that the account was paid in full.

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of the Plaintiff and against Hunter Warfield for damages, attorney's fees pursuant to U.S.C. § 1692k(a)(3), litigation expenses and costs of suit, and such other relief or further relief as the Court deems proper.

## COUNT II – VIOLATION OF FCCPA

18. Plaintiff repeats the allegations set forth in paragraphs 1 through 15 above as if fully

restated herein.

19. Hunter Warfield's actions constitute a claim, attempt, and threat to enforce a debt when Hunter Warfield knows that the Debt is not legitimate as the Debt has already been settled, and are in violation of the FCCPA.  See, Fla. Stat. § 559.72(9).

20. As a direct and proximate result of Hunter Warfield's actions, Plaintiff has sustained damages as defined by Section 559.77 of the Florida Statutes, including, but not limited to, emotional distress and fear, embarrassment, damage to his reputation and credit worthiness, and other damages.

**WHEREFORE,** Plaintiff requests that the Court enter judgment in favor of the Plaintiff and against Hunter Warfield for damages, attorney's fees pursuant to Fla. Stat. § 559.77(2), litigation expenses and costs of suit, and such other relief or further relief as the Court deems proper.

## <u>REQUEST FOR JURY TRIAL</u>

Plaintiff hereby requests a trial by jury of all issues so triable as a matter of right.

Dated: August 12, 2016

Respectfully Submitted,

**WITES & KAPETAN, P.A.**
Attorneys for Plaintiff
4400 North Federal Highway
Lighthouse Point, FL  33064
954-570-8989
954-354-0205 (fax)

By: */s/ Marc A. Wites*
     MARC A. WITES
     Fla. Bar No. 24783
     mwites@wklawyers.com
     MONICA E. JORDAN
     Fla. Bar No. 112031
     mjordan@wklawyers.com

Exhibit A
Case 0:16-cv-61948-WPD   Document 1   Entered on FLSD Docket 08/12/2016   Page 6 of 8
11/23/2015                                    Gmail - Fwd: Solaire final bill



Mark Hamill <​███████████████████>

---

## Fwd: Solaire final bill

25 messages

---

**Jessica Yalowiec** <​██████████████████>                                Thu, Aug 6, 2015 at 9:46 PM
To: Mark Hamill <​███████████████>

Sent from my iPhone

Begin forwarded message:

> **From:** <​██████████████████>
> **Date:** August 6, 2015 at 9:08:33 PM EDT
> **To:** <​██████████████████> <solaire@zrsmanagement.com>
> **Subject: Solaire final bill**
>
> Hi Mr. Brum & Ms. Yalowiec,
>
> I hope all is well. I am contacting you this evening in regards to your final account statement. You have an outstanding balance in the amount of $1201.47 which is due in full on or before August 15th. I have not received any communication from you and if we do not receive full payment by August 15th, your account will be sent to collections. To avoid being sent to collections and having it reported on your credit, please submit the full payment to our office at 5401 Wiles Road Attn: Chris Platt, Coconut Creek, FL 33073.
>
> Thank you,
>
> Chris Platt

---

**Mark Hamill** <​███████████████████>                                     Thu, Aug 6, 2015 at 10:08 PM
To: ████████████████ Jessica Yalowiec <​████████████>

Good Evening Chris,

I hope this email finds you well. I must say your email completely caught us off guard, this is the first time we are hearing about any of this and the threat of collection seems like an aggressive and unnecessary jump. After Solaire was extremely helpful in helping us sublease our apartment we have not heard anything else. We came by a few days after ending our lease to drop off my garage door opener and double check that everything was okay. We were told the walk-through went well and the cleaning fee we paid was already put in place prepping the unit for the next person. We knew that utilities are billed behind so we were expecting those but we never heard anything - and our contact information has not changed. Our phone numbers have not changed, and our email addresses are the same as well.

Can you please send me an itemized list of what we owe? We would love to straighten this out as soon as possible.

Thank you,
Alex

---------- Forwarded message ----------
From: **Jessica Yalowiec** ███████████████████
Date: Thu, Aug 6, 2015 at 9:46 PM
Subject: Fwd: Solaire final bill
To: Mark Hamill <​███████████████>

Sent from my iPhone

Begin forwarded message:

> **From:** <​██████████████████>
> **Date:** August 6, 2015 at 9:08:33 PM EDT
> **To:** <​██████████████████████████████████████████████>
> **Subject: Solaire final bill**
>
> Hi Mr. Brum & Ms. Yalowiec,

**Solaire At Coconut Creek**
5401 Wiles Rd
Coconut Creek, FL 33073-4226

Brum, Alexander; YALOWEIC, JESSICA
[redacted]

## Final account statement - Revised

### Ledger Account at move-out

| | |
|---|---:|
| Payment By Check - Brum | (1,501.02) |
| Payment By Money Order - Brum | (99.00) |
| Balance at move-out | (1,600.02) |

\* See the itemized charges for a complete listing of the work.

### Deposit Activities

| | |
|---|---:|
| Total Deposits on hand | 0.00 |

### Additional charges/credits/payments after move-out

| | |
|---|---:|
| Broken refrigerator shelf & cabinet missing. CP | 40.00 |
| Carpet replacement 48 months left on carpet. CP | 634.81 |
| Express clean. CP | 99.00 |
| Insufficient Notice Penalty Charges - Brum | 1,630.00 |
| Water/Sewer 5/1/15 - 5/31/15. CP | 28.02 |
| Water/Sewer 6/1/15 - 6/3/15. CP | 2.71 |
| Total additional charges / credits / payments | 2,634.54 |

### Original Final Account balance

| | |
|---|---:|
| Balance at move-out | (1,600.02) |
| Total Deposits | 0.00 |
| Total additional charges / credits / payments | 2,634.54 |
| Total account balance due | 1,034.52 |

### Edited Final Account balance

| | |
|---|---:|
| Balance at move-out | (1,600.02) |
| Total Deposits | 0.00 |
| Total additional charges / credits / payments | 1,600.02 |
| No account balance | 0.00 |

### Variance due or to be refunded

| | |
|---|---:|
| Original - balance due | 1,034.52 |
| Edited - No account balance | 0.00 |
| | (1,034.52) |

### FAS Prepared

| | |
|---|---:|
| Date | 08/12/2015 |
| User | Piatt, Christopher |

### Pay to

Brum, Alexander; YALOWEIC, JESSICA

### Lease Information - Unit 9-203

| | |
|---|---:|
| Move-In | 09/14/2013 |
| Notice given | 05/03/2015 |
| Lease expires | 09/13/2015 |
| Move-out | 06/03/2015 |
| Move-out reason | Bought home |



Exhibit C
Final balance = $0 - alex

# Final balance = $0

### Chris Piatt

Wed 8/12/2015 6:42 PM

To: ███████████ <███████████████████>;

📎 1 attachment (260 KB)

image2015-08-12-183809.pdf;

Hi Alex,

Please see attached, receipt of your final account statement with a $0 balance. Thank you for submitting full payment today.

Thank you,

Chris Piatt | Assistant Property Manager
Solaire Coconut Creek | 5401 Wiles Road
Coconut Creek, FL 33073
████████████████████████████████

---

**From:** ████████████████████████████████
**Sent:** Wednesday, August 12, 2015 6:38 PM
**To:** Chris Piatt
**Subject:**